# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAMES BOELKES,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA TOMPKINS, Warden,<br><br>Respondent. | Case No. 17-cv-1905 DMS (BGS)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITIONER'S SECOND AMENDED PETITION** |

On December 29, 2017, Petitioner Adam James Boelkes, a state prisoner proceeding *pro se*, filed a Second Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. Respondent Cynthia Tompkins filed a response in opposition. On April 25, 2019, Magistrate Judge Bernard G. Skomal issued a Report and Recommendation ("R&R"), recommending that the Court deny Petitioner's Second Amended Petition. Petitioner did not file an objection to the R&R.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation and denies Petitioner's Second Amended Petition. The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: June 14, 2019

Hon. Dana M. Sabraw
United States District Judge